THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE SUGAR SALES CORPORATION, Relator, v. M. F. LOUGHMAN and Others, as Commissioners of Taxes of the Department of Taxation and Finance, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Application and Petition of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK to Acquire Real Estate for and on Behalf of the City of New York under Chapter 724 of the Laws of 1905 and the Acts Amendatory Thereof and Supplemental Thereto, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. LITTLE FALLS FIBRE COMPANY and Others, Claimants, Appellants; THE CITY OF NEW YORK, Petitioner, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and the following questions certified: 1. Does the requirement of section 9 of chapter 724 of the Laws of 1905 that one member of each commission appointed under said statute must be a freeholder residing in the county of New York deprive claimants of their property without due process of law or deny to them the equal protection of the laws in violation of the provisions of section 6 of article 1 of the Constitution of the State of New York and of the Fourteenth Amendment to the Constitution of the United States? 2. Does the appointment to hear the claims of these claimants of two of the commissioners who heard the evidence and decided the claim of the Cohoes Power and Light Corporation deprive claimants of their property without due process of law or deny to them the equal protection of the laws in violation of the provisions of section 6 of article 1 of the Constitution of the State of New York and the Fourteenth Amendment of the Constitution of the United States?

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, a Domestic Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Defendant shall have ten days after the entry and service of copy of order to be entered hereon within which to answer.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD MORIARITY, Appellant, v. WILLIAM HUNT, Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

SYDNEY K. JOHNSON, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion to modify remittitur denied, with ten dollars costs. Hill, J., not sitting.

MYRTLE S. HAMEL, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

EMMA M. STOCK and Others, Appellants, v. WILLIAM DUNHAM MANN and Others; NATHAN RICHMAN, Purchaser, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.